**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7229**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

FRANCISCO AUGUSTO BRYAN, a/k/a Panama, a/k/a James Enrique,
a/k/a Enrique James, a/k/a Francisco Bryan,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Fox, Senior
District Judge. (5:94-cr-00068-F-1)

Submitted:  December 23, 2013         Decided:  January 22, 2014

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Francisco Bryan, Appellant Pro Se.   Christine B. Hamilton,
OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francisco Augusto Bryan appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motions for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Bryan, No. 5:94-cr-00068-F-1 (E.D.N.C. June 21, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED